UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
CLAUDIO GUANGA DUTAN,

Petitioner,

- against –

JUDGMENT
26-cv-00600 (NCM)

HERIBERTO TELLEZ, *in his official capacity as Warden, Metropolitan Detention Center*, TODD LYONS, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*, PAMELA BONDI, *in her official capacity as Attorney General of the United States*, and KRISTI NOEM, *in her official capacity as Secretary of Homeland Security,*

Respondents.
---------------------------------------------------------- X

A Memorandum and Order of Honorable Natasha C. Merle, United States District Judge, having been filed on February 11, 2026, granting the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; Respondents are directed to release the petitioner from custody within 24 hours of this Order and file a letter on the docket no later than 12:00 p.m. on February 12, 2026 certifying their compliance.

Dated: Brooklyn, New York
February 11, 2026

Approved by: */s/ Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: Brooklyn, New York
February 11, 2026

Approved by: */s/Brenna B. Mahoney*
BRENNA B. MAHONEY
Clerk of Court